# Exhibit 2

## U.S. Patent No. 7,979,307 ("'307 Patent")

Samsung's advertising platform infringes at least Claim 1 of the '307 Patent.

| Claims | Samsung's advertising platform |
|---|---|
| 1[pre]. An automated method of collecting profiles of Internet-using entities, the method comprising: | To the extent the preamble is limiting, Samsung's advertising platform performs an automated method of collecting profiles of Internet-using entities that includes all claimed steps, as shown below.<br><br>*See, e.g.*, evidence and discussion for limitations (a)-(e) below. |
| (a) electronically receiving at a programmed computer system coupled to a global computer network, from at least one server controlled by one of a plurality of unaffiliated third parties operating respective websites, a partial profile of an entity that uses a user computer coupled to the global computer network and accessing the website, which partial profile contains at least one profile attribute related to the entity, and automatically with the computer system storing the received partial profile; | Samsung's advertising platform electronically receives at a programmed computer system coupled to a global computer network, from at least one server controlled by one of a plurality of unaffiliated third parties operating respective websites, a partial profile of a user of a computer that coupled to the global computer network and accessing the website, which partial profile contains at least one profile attribute related to the entity, and automatically with the computer system storing the received partial profile.<br><br>For example, Samsung's advertising platform electronically receives, at its ad servers which are connected to the Internet, profile data of a user of an Internet-connected computer from at least one server controlled by at least one unaffiliated third party (such as a client of Samsung's) operating a website. Samsung's advertising platform automatically stores the profile data with its ad servers.<br><br>*See, e.g.*: |

| Claims | Samsung's advertising platform |
|---|---|
| | Types of Information Collected<br><br>When you visit a website or use an application that either uses or is integrated with AdGear's technology platform, we obtain certain information about you and the device you are using.  In the course of providing ad serving and decisioning services, the following types of information, known as "HTTP header data" or "clickstream data", may be collected by AdGear's advertising technology:<br><br>• Browser type used to view the ad<br>• Device operating system used to view the ad<br>• Cookie information from the browser used to view the ad<br>• Information about the device identifiers assigned to the device used to view the ad<br>• IP address from which the device used to view the ad accesses a client's website or mobile application<br>• Information about the consumer's activity on that device, including web pages and mobile apps visited or used<br>• Information about the geographic location of the Internet service provider of the device used to view the ad<br><br>## Purposes of Data Collection<br><br>We process the personal information that we obtain in order to:<br><br>• Store and access it<br>• Customize the ads we send you based on your interests and the manner in which you interact with the advertisemer<br>• Select, deliver, measure and analyze the ads and content we send<br><br>https://adgear.com/en/privacy/<br><br>As a further example, the profile data contains at least one profile attribute (such as information about the consumer's activity on a device) related to the user of the computer.<br><br>*See, e.g.*:<br><br>Types of Information Collected<br><br>When you visit a website or use an application that either uses or is integrated with AdGear's technology platform, we obtain certain information about you and the device you are using.  In the course of providing and serving and decisioning services, the following types of information, known as "HTTP header data" or "clickstream data", may be collected by AdGear's advertising technology:<br><br>• Browser type used to view the ad<br>• Device operating system used to view the ad<br>• Cookie information from the browser used to view the ad<br>• Information about the device identifiers assigned to the device used to view the ad<br>• IP address from which the device used to view the ad accesses a client's website or mobile application<br>• Information about the consumer's activity on that device, including web pages and mobile apps visited or used<br>• Information about the geographic location of the Internet service provider of the device used to view the ad<br><br>https://adgear.com/en/privacy/ |

| Claims | Samsung's advertising platform |
|---|---|
| (b) wherein receiving the partial profile is achieved by automatic electronic URL redirection from a portion of a page of the website accessed by the user computer; | Samsung's advertising platform receives the partial profile by automatic electronic URL redirection from a portion of a page of the website accessed by the user computer.<br><br>For example, the partial profile is received through redirect tracking from a portion of the page of the website.<br><br>*See, e.g.*:<br><br>**Click Tracking Examples for Top AdServers**<br><br>Tracking clicks for an advertising campaign is an important part of measuring effectiveness and resonance.  Often clients have creatives that are hosted in 3rd party Adservers.   We have listed below  some of the most common AdServers along with  the appropriate locations in which to insert the click tracking macros in your 3rd-party ad tags in order for El Toro to track clicks properly.<br><br>Note: All IDs and reference numbers, except for creative sizes, have been changed for the sake of creative examples. |

| Claims | Samsung's advertising platform |
|---|---|
| | **ADGEAR**<br><br>&lt;script type="text/javascript" language="JavaScript"&gt;(function() {ADGEAR_SOURCE_CLICKTRACKER = "${CLICK_URL}";ADGEAR_SOURCE_CLICKTRACKER_EXPECTS_ENCODED = false;<br><br>ADGEAR_SOURCE_CLICKTRACKER_IS_ENCODED = false;<br><br>ADGEAR_SOURCE_CLICKTRACKER_IS_DOUBLE_ENCODED = false;<br><br>var randomnum = "{CACHEBUSTER}";<br><br>var agref = "";<br><br>var proto = "http:";<br><br>if (!agref.match(/^https?/i)) agref = "";<br><br>if (window.location.protocol == "https:") proto = "https:";<br><br>if (randomnum.substring(0,2) == "\_\_") randomnum = String(Math.random());<br><br>document.writeln('&lt;scr' + 'ipt type="text/ja' + 'vascr' + 'ipt' s' + 'rc="' +<br><br>proto + '//d.adgear.com' + '/impressions/ext/p=' +<br><br>'1234' + '.js?AG_R=' + randomnum +<br><br>(agref === "" ? "" : ("&AG_REF=" + encodeURIComponent(agref))) +<br><br>"'&gt;&lt;/scr' + 'ipt&gt;');<br><br>})();<br><br>&lt;/script&gt;<br><br>https://eltoro.com/click-tracking-adservers/ |

4

| Claims | Samsung's advertising platform |
|---|---|
| | Redirect tracking is a method of transferring information on clicks from publishers to advertisers via intermediary platforms. And these platforms will ultimately be significantly affected by browser restrictions.<br><br>Let's take Admitad as an example:<br><br>1. The user clicks on the affiliate link leading to the advertiser's site.<br>2. At first, the user is redirected to the affiliate network's site (**ad.admitad.com**). This site drops a cookie with the unique click number (**admitad_uid**) on the user's browser and redirects the user to the advertisers' site.<br>3. The advertiser's site also records the **admitad_uid** via GET-parameters from the affiliate link.<br>4. When the user performs a target action, the advertiser's site also sends the **admitad_uid** to the affiliate network.<br><br>https://performancein.com/news/2020/08/25/the-death-of-redirect-tracking-what-is-the-threat-to-the-industry-in-this-era-of-blocking/ |
| (c) automatically with the computer system electronically adding the received partial profile to a maintained profile believed to be related to the same entity; | Samsung, automatically with the computer system, electronically adds the received partial profile to a maintained profile believed to be related to the same entity.<br><br>For example, when Samsung receives the partial profile for a user, it stores that partial profile data in a maintained profile that is believed to be related to the same entity for the purpose of selecting, delivering, measuring, and analyzing the ads and content served for that user. |

| Claims | Samsung's advertising platform |
|---|---|
| | *See, e.g.:* <br><br> Types of Information Collected <br><br> When you visit a website or use an application that either uses or is integrated with AdGear's technology platform, we obtain certain information about you and the device you are using.  In the course of providing ad serving and decisioning services, the following types of information, known as "HTTP header data" or "clickstream data", may be collected by AdGear's advertising technology: <br><br> • Browser type used to view the ad <br> • Device operating system used to view the ad <br> • Cookie information from the browser used to view the ad <br> • Information about the device identifiers assigned to the device used to view the ad <br> • IP address from which the device used to view the ad accesses a client's website or mobile application <br> • Information about the consumer's activity on that device, including web pages and mobile apps visited or used <br> • Information about the geographic location of the Internet service provider of the device used to view the ad <br><br> **Purposes of Data Collection** <br><br> We process the personal information that we obtain in order to: <br><br> • Store and access it <br> • Customize the ads we send you based on your interests and the manner in which you interact with the advertisement <br> • Select, deliver, measure and analyze the ads and content we send <br><br> AdGear's Cross-Device Technology <br><br> On an average day, an individual Internet-connected consumer might use multiple browsers and various devices, including desktop or laptop computers, smartphones, tablets, and Smart TVs. As a result, a single consumer may have multiple behavioral, interest-based, preference-based, or demographic profiles fragmented among several browsers and devices. AdGear uses its proprietary cross-device technology to link these profiles, devices, or sets of devices, based on common attributes, behaviors, or consumer preferences. On behalf of our clients, we may use these groupings (consumer segments) to target advertising campaigns. <br><br> https://adgear.com/en/privacy/ |
| (d) automatically with the computer system generating and storing an electronic record of which of the plurality of unaffiliated third parties contributed to the maintained profile particular profile attributes; | Samsung's advertising platform, automatically with the computer system, generates and stores an electronic record of which of the plurality of unaffiliated third parties contributed to the maintained profile particular profile attributes. <br><br> For example, Samsung's advertising platform collects and stores information about a consumer's activity, including which web sites (such as unaffiliated third party websites that contributed profile attributes to the maintained profile) are visited. |

| Claims | Samsung's advertising platform |
|---|---|
|  | *See, e.g.*:<br><br>Types of Information Collected<br><br>When you visit a website or use an application that either uses or is integrated with AdGear's technology platform, we obtain certain information about you and the device you are using.  In the course of providing ad serving and decisioning services, the following types of information, known as "HTTP header data" or "clickstream data", may be collected by AdGear's advertising technology:<br><br>• Browser type used to view the ad<br>• Device operating system used to view the ad<br>• Cookie information from the browser used to view the ad<br>• Information about the device identifiers assigned to the device used to view the ad<br>• IP address from which the device used to view the ad accesses a client's website or mobile application<br>• Information about the consumer's activity on that device, including web pages and mobile apps visited or used<br>• Information about the geographic location of the Internet service provider of the device used to view the ad<br><br>https://adgear.com/en/privacy/ |
| (e) wherein the maintained profile, including the added partial profile, comprises data used in targeting third-party advertisements to the user computer over the global computer network. | The maintained profile, including the added partial profile, comprises data used in targeting third-party advertisements to the user computer over the global computer network.<br><br>For example, in Samsung's advertising platform, the maintained profile is used to customize the ads that are sent to the user.<br><br>*See, e.g.*:<br><br>Purposes of Data Collection<br><br>We process the personal information that we obtain in order to:<br><br>• Store and access it<br>• Customize the ads we send you based on your interests and the manner in which you interact with the advertiser<br>• Select, deliver, measure and analyze the ads and content we send<br><br>https://adgear.com/en/privacy/ |