# Exhibit 6

# U.S. Patent No. 8,244,582 ("'582 Patent")

Samsung's advertising platform infringes at least Claim 1 of the '582 Patent.

| Claim 1 | Samsung's advertising platform |
|---|---|
| 1. An automated method of collecting profiles of Internet-using entities, the method comprising: | To the extent the preamble is limiting, Samsung's advertising platform performs an automated method of collecting profiles of Internet-using entities.<br><br>*See, e.g.*, evidence and analysis for claim limitations (a)-(e) below. |
| (a) electronically receiving at a programmed computer system coupled to a global computer network, from at least one server controlled by one of a plurality of unaffiliated third parties, a partial profile of an entity that uses a user computer coupled to the global computer network and accessing a website, which partial profile is available to one of the third parties and contains at least one profile attribute related to the entity, and automatically with the computer system storing the received partial profile; | Samsung's advertising platform electronically receives at a programmed computer system coupled to a global computer network, from at least one server controlled by one of a plurality of unaffiliated third parties, a partial profile of an entity that uses a user computer coupled to the global computer network and accessing a website, which partial profile is available to one of the third parties and contains at least one profile attribute related to the entity, and automatically with the computer system storing the received partial profile.<br><br>For example, servers controlled by Roku electronically receive from at least one unaffiliated third party a partial profile of a user of a computer that accesses a website, and Roku's servers automatically store that partial profile data.<br><br>*See, e.g.*:<br><br>Types of Information Collected<br>When you visit a website or use an application that either uses or is integrated with AdGear's technology platform, we obtain certain information about you and the device you are using. In the course of providing ad serving and decisioning services, the following types of information, known as "HTTP header data" or "clickstream data", may be collected by AdGear's advertising technology:<br><br>• Browser type used to view the ad<br>• Device operating system used to view the ad<br>• Cookie information from the browser used to view the ad<br>• Information about the device identifiers assigned to the device used to view the ad<br>• IP address from which the device used to view the ad accesses a client's website or mobile application<br>• Information about the consumer's activity on that device, including web pages and mobile apps visited or used<br>• Information about the geographic location of the Internet service provider of the device used to view the ad |

| Claim 1 | Samsung's advertising platform |
|---|---|
| | **Purposes of Data Collection**<br>We process the personal information that we obtain in order to:<br>• Store and access it<br>• Customize the ads we send you based on your interests and the manner in which you interact with the advertisements<br>• Select, deliver, measure and analyze the ads and content we send<br>We process personal information in accordance with our legitimate business interest in ensuring the effectiveness of our advertisements and the accuracy of our targeting of devices that is not overridden by your interests, rights, and freedoms with respect to the personal information we obtain. Where required by law, we rely on consumer consent for the processing of personal information, which is collected and supplied to us by the operator of the website or application that uses our technology.<br><br>**What are Browser Cookies?**<br>A cookie is a small text file that can be stored on a consumer's computer when that computer's browser views an ad or website of one of AdGear's clients or partners.<br>AdGear technology may employ cookies to collect information about you. The AdGear cookie is unique to the consumer's browser. The cookie does not contain the consumer's name, address, phone number, email address, or other information that directly identifies the consumer. When dropping non-essential cookies, AdGear relies on consumer consent collected and supplied to us by the operator of the website that uses our technology.<br>For more information about the cookies we use and how to exercise your choices, please see our Cookie Policy.<br><br>**AdGear's Cross-Device Technology**<br>On an average day, an individual Internet-connected consumer might use multiple browsers and various devices, including desktop or laptop computers, smartphones, tablets, and Smart TVs. As a result, a single consumer may have multiple behavioral, interest-based, preference-based, or demographic profiles fragmented among several browsers and devices. AdGear uses its proprietary cross-device technology to link these profiles, devices, or sets of devices, based on common attributes, behaviors, or consumer preferences. On behalf of our clients, we may use these groupings (consumer segments) to target advertising campaigns.<br><br>https://adgear.com/en/privacy/ |
| (b) wherein receiving the partial profile is achieved as a result of automatic electronic URL redirection from a portion of a page of the website accessed by the user computer; | In the authomated method performed by Samsung's advertising platform, the partial profile is achieved as a result of automatic electronic URL redirection from a portion of a page of the website accessed by the user computer.<br><br>For example, Samsung's advertising platform receives a partial profile as a result of a URL redirection from a page (or portion thereof) that is accessed by the user computer.<br><br>*See, e.g.*: |

2

| Claim 1 | Samsung's advertising platform |
|---|---|
| | **Types of Information Collected**<br><br>When you visit a website or use an application that either uses or is integrated with AdGear's technology platform, we obtain certain information about you and the device you are using. In the course of providing ad serving and decisioning services, the following types of information, known as "HTTP header data" or "clickstream data", may be collected by AdGear's advertising technology:<br><br>• Browser type used to view the ad<br>• Device operating system used to view the ad<br>• Cookie information from the browser used to view the ad<br>• Information about the device identifiers assigned to the device used to view the ad<br>• IP address from which the device used to view the ad accesses a client's website or mobile application<br>• Information about the consumer's activity on that device, including web pages and mobile apps visited or used<br>• Information about the geographic location of the Internet service provider of the device used to view the ad<br><br>**What are Browser Cookies?**<br><br>A cookie is a small text file that can be stored on a consumer's computer when that computer's browser views an ad or website of one of AdGear's clients or partners.<br><br>AdGear technology may employ cookies to collect information about you. The AdGear cookie is unique to the consumer's browser. The cookie does not contain the consumer's name, address, phone number, email address, or other information that directly identifies the consumer. When dropping non-essential cookies, AdGear relies on consumer consent collected and supplied to us by the operator of the website that uses our technology.<br><br>For more information about the cookies we use and how to exercise your choices, please see our Cookie Policy.<br><br>https://adgear.com/en/privacy/ |
| (c) automatically with the computer system electronically adding the received partial profile to a maintained profile believed to be related to the same entity; | Samsung's advertising platform automatically with the computer system electronically adds the received partial profile to a maintained profile believed to be related to the same entity.<br><br>For example, Samsung's advertising platform automatically adds the received partial profile to a maintained profile believed to be related to the same user of the computer.<br><br>*See, e.g.*: |
| (d) automatically with the computer system generating and storing an electronic record of which of the plurality of unaffiliated third parties | Samsung's advertising platform automatically with the computer system generates and stores an electronic record of which of the plurality of unaffiliated third parties contributed to the maintained profile particular profile attributes. |

3

| Claim 1 | Samsung's advertising platform |
|---|---|
| contributed to the maintained profile particular profile attributes; | For example, Samsung's advertising platform generates and stores an electronic record indicating which third party supplied profile attributes used to update the maintened profile.<br><br>*See, e.g.*:<br><br>**Types of Information Collected**<br><br>When you visit a website or use an application that either uses or is integrated with AdGear's technology platform, we obtain certain information about you and the device you are using. In the course of providing ad serving and decisioning services, the following types of information, known as "HTTP header data" or "clickstream data", may be collected by AdGear's advertising technology:<br><br>• Browser type used to view the ad<br>• Device operating system used to view the ad<br>• Cookie information from the browser used to view the ad<br>• Information about the device identifiers assigned to the device used to view the ad<br>• IP address from which the device used to view the ad accesses a client's website or mobile application<br>• Information about the consumer's activity on that device, including web pages and mobile apps visited or used<br>• Information about the geographic location of the Internet service provider of the device used to view the ad<br><br>**Purposes of Data Collection**<br><br>We process the personal information that we obtain in order to:<br><br>• Store and access it<br>• Customize the ads we send you based on your interests and the manner in which you interact with the advertisemen<br>• Select, deliver, measure and analyze the ads and content we send<br><br>https://adgear.com/en/privacy/ |
| (e) wherein the maintained profile, including the added partial profile, comprises data used in targeting third-party advertisements to the user computer over the global computer network. | In the automated method performed by Samsung's advertising platform, the maintained profile, including the added partial profile, comprises data used in targeting third-party advertisements to the user computer over the global computer network.<br><br>For example, the maintained profile (which includes the added partial profile information) includes data used in targeting third party advertisements to the user's computer.<br><br>*See, e.g.*: |

| Claim 1 | Samsung's advertising platform |
|---|---|
| | **Types of Information Collected**<br><br>When you visit a website or use an application that either uses or is integrated with AdGear's technology platform, we obtain certain information about you and the device you are using. In the course of providing ad serving and decisioning services, the following types of information, known as "HTTP header data" or "clickstream data", may be collected by AdGear's advertising technology:<br><br>- Browser type used to view the ad<br>- Device operating system used to view the ad<br>- Cookie information from the browser used to view the ad<br>- Information about the device identifiers assigned to the device used to view the ad<br>- IP address from which the device used to view the ad accesses a client's website or mobile application<br>- Information about the consumer's activity on that device, including web pages and mobile apps visited or used<br>- Information about the geographic location of the Internet service provider of the device used to view the ad<br><br>**Purposes of Data Collection**<br><br>We process the personal information that we obtain in order to:<br><br>- Store and access it<br>- Customize the ads we send you based on your interests and the manner in which you interact with the advertisemen[t]<br>- Select, deliver, measure and analyze the ads and content we send<br><br>https://adgear.com/en/privacy/ |